COOLEY LLP
RONALD S. LEMIEUX (120822) (rlemieux@cooley.com)
VIDYA R. BHAKAR (220210) (vbhakar@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Defendants
ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORINDA INTELLECTUAL PROPERTIES USA HOLDING GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC., et al.,<br><br>Defendants. | Case No.  4:11-CV-02010 SBA<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to the parties' joint stipulation to extend the time to respond to the Complaint,

IT IS HEREBY ORDERED THAT the last day for ASUSTeK Computer Inc. and ASUS Computer International to file a responsive pleading in this action will be August 19, 2011.

IT IS SO ORDERED.

Dated: _6/13/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Court Judge

946696 v1/HN

CASE NO.  4:11-CV-02010 SBA                        [PROPOSED] ORDER GRANTING EXTENSION OF TIME