UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

JUN 1 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| ORINDA INTELLECTUAL PROPERTIES USA HOLDINGS GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASUSTEK COMPUTER INC., et al., <br><br> Defendants. | Case No: C 11-02010 SBA <br><br> **AMENDED ORDER GRANTING APPLICATION TO APPEAR PRO HAC VICE** <br><br> Dkt. 48 |

**MICHAEL S. ELKIN**, whose business address and telephone number is Winston & Strawn LLP, 200 Park Ave., New York, NY 10166-4193, Tel: 212-294-6700, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing AUDIOVOX CORPORATION and AUDIOVOX ELECTRONICS CORPORATION,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: 6/14/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

SF:312291.1