UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORINDA INTELLECTUAL PROPERTIES USA HOLDINGS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER, INC., et al., <br><br> Defendants. | Case No. C-11-02010 (SBA) <br><br> [PROPOSED] ORDER CHANGING TIME |

On this day came the parties, by counsel and by special appearance without waiving any challenges to jurisdiction or venue, upon the STIPULATED REQUEST FOR ORDER CHANGING TIME, filed by Plaintiff Orinda Intellectual Properties USA Holding Group, Inc., and upon consideration of the arguments set forth in the stipulated request, joint representation of counsel, and PURSUANT TO STIPULATION, IT IS SO ORDERED

The Stipulated Request for Order Changing Time is GRANTED. The case schedule set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (D.I. 2) is hereby changed according to the schedule below. All other dates remain in effect.

| | |
|---|---|
| August 12, 2011 | Last day to: <br> • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; <br> • file ADR Certification signed by Parties and Counsel; and <br> • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| August 26, 2011 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement. |

1
2            Entered:   __7__ / __14__ / __11__
3
     Judge: _Saundra B. Armstrong_
4            Hon. Saundra Brown Armstrong
             United States District Court
5            Northern District of California
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
- 2 -
STIPULATED REQUEST FOR ORDER CHANGING TIME (Civil. L.R. 6-2)       Case No. C-11-02010 (SBA)
DMS:100380.1