UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORINDA INTELLECTUAL PROPERTIES USA HOLDINGS GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ASUSTEK COMPUTER INC., et al.,<br><br>Defendants. | Case No:  C  11-02010 SBA<br><br>**ORDER STAYING ACTION**<br><br>Dkt. 135 |

Pursuant to the parties' stipulation, Dkt. 135, and good cause appearing,

IT IS HEREBY ORDERED THAT the instant action is stayed and administratively closed pending reexamination of U.S. Patent No. 5,438,560.  Any party may request that the Court lift the stay and reopen the action in accordance with the provisions set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:  August 23, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge