UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORINDA INTELLECTUAL PROPERTIES USA HOLDING GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASUSTEK COMPUTER INC., *et al.*, <br><br> Defendants. | Case No: C 11-02010 SBA <br><br> **ORDER DISMISSING YAMAHA ELECTRONICS CORPORATION, USA** <br><br> **Dkt. 198** |

Pursuant to the parties' stipulation, Dkt. 198, and good cause appearing,

IT IS HEREBY ORDERED THAT the instant action is dismissed without prejudice as to Defendant Yamaha Electronics Corporation, USA.

IT IS SO ORDERED.

Dated: __5/10/12                              _____
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge